# ALABAMA COURT OF CRIMINAL APPEALS



January 17, 2025

**CR-2023-0604**

State of Alabama v. Samantha Kaye Shiver (Appeal from Houston Circuit Court: CC-22-1655)

## <u>NOTICE</u>

You are hereby notified that on January 17, 2025, the following action was taken in the above-referenced cause by the Court of Criminal Appeals:

Application for Rehearing Overruled.

D. Scott Mitchell, Clerk